STATE of Missouri, Respondent,

v.

Antonio ELMORE, Appellant.

No. WD 63545.

Missouri Court of Appeals,
Western District.

Feb. 8, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 29, 2005.

Application for Transfer Denied
May 31, 2005.

Elizabeth U. Carlyle, Lee's Summit,
MO, for Appellant.

Deborah Daniels, Jefferson City, MO,
for Respondent.

Before LISA WHITE HARDWICK,
P.J., ROBERT G. ULRICH and
THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Antonio Elmore appeals his conviction
following a jury trial for the Class B felony
of delivery of a controlled substance in
accordance with section 195.211 RSMo and
his sentence of eight years imprisonment.

For reasons stated in the Memorandum
provided to the parties, the judgment is
affirmed. Rule 30.25(b).